IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITNEY HUDGINS,<br>    Plaintiff,<br><br>v.<br><br>EDUARDO HADLEY,<br>RAIMONDA MARKEVICIENE,<br>Z TRANS, INC. and<br>MIDAMERICA ENTERPRISES, INC.,<br>    Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

Defendants **EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC. and MIDAMERICA ENTERPRISES, INC.** (hereafter "Defendants") file this Notice of Removal for the purpose of removing this cause to the United States District Court for the Northern District of Texas, Dallas Division, and state as follows:

### I.  STATE COURT ACTION

This is an action filed on or about February 15, 2017 in the County Court Law No. 1 of Dallas County, Texas, being numbered CC-17-00786-A.  Suit was filed by Plaintiff Whitney Hudgins (hereafter "Hudgins") to recover damages arising out of a motor vehicle accident occurring on or about April 7, 2015, in Dallas County, Texas.  Plaintiff alleges damages and seeks monetary relief in excess of $200,000.00.

### II.  FEDERAL JURISDICTION

Plaintiff Whitney Hudgins is a citizen of the state of Texas for diversity purposes.

Defendants MidAmerica Enterprises, Inc. and Z Trans,Inc. are citizens of the State of Illinois, where they are incorporated and have their principal place of business.

Defendants Eduardo Hadley and Raimonda Markeviciene are citizens and residents of the State of Illinois.

The amount in controversy is in excess of $75,000, exclusive of interest and costs. There is, therefore, complete diversity of citizenship and a sufficient amount in controversy to confer jurisdiction on this court pursuant to 28 U.S.C. §1332. The above-described civil action is therefore one that may be removed pursuant to 28 U.S.C. §§1332, 1441, and 1146 and is hereby removed.

### III. STATE COURT DOCUMENTS ATTACHED

This Notice of Removal has been filed within thirty (30) days after receipt through service or otherwise, of Plaintiff's Original Petition, filed in the County Court at Law No. 1 of Dallas County, Texas.  Plaintiff's Original Petition was served on all Defendants on February 24, 2017.  Removal is therefore timely under 28 U.S.C. §1446(b).  Pursuant to 28 U.S.C. § 1446(a), Defendants have filed as the Appendix to this Notice of Removal a complete copy of the State's Court file, including copies of all process, pleadings, orders and the Summary Sheet in the State Court action.

Pursuant to 28 U.S.C. § 1446(d), Defendants will notify the Clerk of the Court in the State Court action of this removal, and will give notice thereof to all adverse parties.

### IV.  RELIEF REQUESTED

Defendants respectfully request that Cause No. CC-17-00786-A in the County Court at Law No. 1 of Dallas County, Texas, be removed to the United States District Court for the Northern District of Texas, Dallas Division, and that this Court accept this Notice of Removal and that it assume jurisdiction of this case and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: ____*/s/Alan Moore*____
**MARK J. DYER**
State Bar No. 06317500
**ALAN MOORE**
State Bar No. 14320075
16000 North Dallas Pkwy.
Suite 800
Dallas, Texas  75248
(214) 420-5500
(214) 420-5501 (telecopier)
dyer@mdjwlaw.com
amoore@mdjwlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with the Federal Rules of Civil Procedure, on this the 24th day of March, 2017.

James P. Best
BEST, WATSON & GILBERT, P.C.
870 W. I-30; Suite 100
Garland, Texas  75043

____*/s/Alan Moore*____
**ALAN MOORE**