IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITNEY HUDGINS,<br>      Plaintiff,<br><br>v.<br><br>EDUARDO HADLEY,<br>RAIMONDA MARKEVICIENE,<br>Z TRANS, INC. and<br>MIDAMERICA ENTERPRISES, INC.,<br>      Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. _____ |

## SUPPLEMENTAL CIVIL COVER SHEET

1. **State Court Information**

   Cause No. CC-17-00786-A; County Court at Law No. 1, Dallas County, Texas

2. **Style of Case:**

   *Whitney Hudgins v. Eduardo Hadley, Raimonda Markeviciene, Z Trans, Inc. and Midamerica Enterprises, Inc.*

   Plaintiff:
   Whitney Hudgins

   James P. Best
   BEST, WATSON & GILBERT, P.C.
   870 W. I-30, Ste. 100
   Garland, Texas 75043
   Tel:    214-528-6060
   Fax:    214-528-0712
   JBest@BestLawCenter.com

   Defendant:
   Eduardo Hadley, Raimonda Markeviciene,
   Z Trans, Inc. and
   Midamerica Enterprises, Inc.

   Mark J. Dyer
   State Bar No. 06317500
   Alan Moore
   State Bar No. 14320075
   Martin, Disiere, Jefferson & Wisdom, LLP
   16000 N. Dallas Parkway; Suite 800
   Dallas, Texas  75248
   (214) 420-5500
   (214) 420-5501 (fax)
   dyer@mdjwlaw.com
   amoore@mdjwlaw.com

3. **Jury Demand**

   Yes.  Party:  Defendant Eduardo Hadley and MidAmerica Enterprises, Inc.
   Date:  March 17, 2017.

4. **Answer**

   Answers on behalf of Defendants have been filed on March 17, 2017 and March 21, 2017.

5. **Unserved Parties**

   None.

6. **Nonsuited, Dismissed or Terminated Parties**

   N/A

7. **Claims of the Parties**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
| --- | --- |
| Plaintiff | Negligence suit over personal injury, alleging injuries from a motor vehicle accident. |
| Eduardo Hadley, Raimonda Markeviciene, Z Trans, Inc. and MidAmerica Enterprises, Inc. | Alleged to have been negligent in connection with the motor vehicle accident. |

*(signatures on next page)*

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By:     */s/Alan Moore*
       **MARK J. DYER**
       State Bar No. 06317500
       **ALAN MOORE**
       State Bar No. 14320075
       16000 North Dallas Pkwy.
       Suite 800
       Dallas, Texas 75248
       (214) 420-5500
       (214) 420-5501 (telecopier)
       dyer@mdjwlaw.com
       amoore@mdjwlaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with the Federal Rules of Civil Procedure, on this the 24th day of March, 2017.

James P. Best
BEST, WATSON & GILBERT, P.C.
870 W. I-30; Suite 100
Garland, Texas 75043

       */s/Alan Moore*
       **ALAN MOORE**