IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITNEY HUDGINS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| EDUARDO HADLEY, | § | |
| RAIMONDA MARKEVICIENE, | § | |
| Z TRANS, INC. and | § | |
| MIDAMERICA ENTERPRISES, INC., | § | |
| Defendants. | § | |

## APPENDIX TO DEFENDANTS' NOTICE OF REMOVAL

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: _____/s/Alan Moore_____
**MARK J. DYER**
State Bar No. 06317500
**ALAN MOORE**
State Bar No. 14320075
16000 North Dallas Pkwy.
Suite 800
Dallas, Texas  75248
(214) 420-5500
(214) 420-5501 (telecopier)
dyer@mdjwlaw.com
amoore@mdjwlaw.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with the Federal Rules of Civil Procedure, on this the 24th day of March, 2017.

James P. Best
BEST, WATSON & GILBERT, P.C.
870 W. I-30; Suite 100
Garland, Texas  75043

_____/s/Alan Moore_____
**ALAN MOORE**

# TABLE OF CONTENTS

**Page**

Dallas County, County Court at Law No. 1 Docket Sheet. . . . . . .    001 - 003

Civil Case Information Sheet  . . . . . . . . . . . . . . . . . . . . . . . . . . .    004

Plaintiff's Original Petition and Request for Disclosure. . . . . . . . .    005 - 008

Issuance of Citation – Eduardo Hadley. . . . . . . . . . . . . . . . . . .    009 - 010

Issuance of Citation – Raimonda Markeviciene . . . . . . . . . . . . .    011 - 012

Issuance of Citation – Z Trans, Inc. . . . . . . . . . . . . . . . . . . . . .    013 - 014

Issuance of Citation – MidAmerica Enterprises, Inc. . . . . . . . . .    015 - 016

Return of Service – Z Trans, Inc. . . . . . . . . . . . . . . . . . . . . . . .    017 - 018

Return of Service – MidAmerica Enterprises, Inc. . . . . . . . . . .    019 - 020

Return of Service – Raimonda Markeviciene  . . . . . . . . . . . . . .    021 - 022

Return of Service – Z Trans, Inc. . . . . . . . . . . . . . . . . . . . . . . .    023 - 024

Return of Service – Eduardo Hadley . . . . . . . . . . . . . . . . . . . . .    025 - 026

Defendants Eduardo Hadley and MidAmerica Enterprises'
Original Answer  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    027 - 028

Defendants Raimonda Markeviciene and Z Trans, Inc.'s
Special Appearance and Original Answer Files Subject
Thereto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    029 - 033

# Case Information

CC-17-00786-A | WHITNEY HUDGINS vs. EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS.
INC..et al

| | | |
|---|---|---|
| Case Number | Court | File Date |
| **CC-17-00786-A** | **County Court at Law No. 1** | **02/15/2017** |
| Case Type | Case Status | |
| **DAMAGES (COLLISION)** | **OPEN** | |

# Party

**PLAINTIFF**
**HUDGINS, WHITNEY**

**Address**
870 W. Interstate 30
N/A
Garland TX 75043

Active Attorneys ▾
**Lead Attorney**
**WATSON, PATRICK R**
Retained

Work Phone
**214-528-6060**

Fax Phone
**214-528-0712**

DEFENDANT
**HADLEY, EDUARDO**

**Address**
SERVE THROUGH CHAIR OF THE TEXAS TRANSPORTATION COMMISSION
125 E11TH ST.
AUSTIN TX 78701-2483

DEFS 001

Active Attorneys ▼
**Lead Attorney**
**DYER, MARK J**
**Retained**

Work Phone
**214-420-5500**

Fax Phone
**214-420-5501**

DEFENDANT
**MARKEVICIENE, RAIMONDA**

**Address**
**SERVE THROUGH CHAIR OF THE TEXAS TRANSPORTATION COMMISSION**
**125 E 11TH ST.**
**AUSTIN TX 78701-2483**

Active Attorneys ▼
**Lead Attorney**
**MOORE, ALAN POWERS**
**Retained**

Work Phone
**214-420-5500**

Fax Phone
**214-420-5501**

DEFENDANT
**Z TRANS, INC.**

**Address**
**SERVE THROUGH SECRETARY OF TSTE , STATE OF TEXAS**
**1019 BRAZOS , RM 220**
**AUSTIN TX 78701**

Active Attorneys ▼
**Lead Attorney**
**MOORE, ALAN POWERS**
**Retained**

Work Phone
**214-420-5500**

Fax Phone
**214-420-5501**

DEFENDANT
**MIDAMERICA ENTERPRISES, INC.**

Address
SERVE THROGH SECRETARY OF STATE, STATE OF TEXAS
1019 BRAZOS, RM 220
AUSTIN TX 78701

## Documents

COVER LETTER

CIVIL CASE INFORMATION SHEET

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

RETURN OF SERVICE

RETURN OF SERVICE

RAIMONDA MARKEVICIENE SERVED:2/24/2017 RETURNED:2/28/2017

EDUARDO HADLEY SERVED:2/24/2017 RETURNED:2/28/2017

RETURN OF SERVICE - EDUARDO

DEFENDANT'S ORIGINAL ANSWER

ORIGINAL ANSWER - GENERAL DENIAL

FILED
4/15/2017 11:49:03 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* CC-17-00786-A          COURT *(FOR CLERK USE ONLY):* _____

STYLED Whitney Hudgins v. Eduardo Hadley, et al

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|
| **Name:** Patrick Watson <br> **Email:** prw.watson@yahoo.com | **Plaintiff(s)/Petitioner(s):** <br> Whitney Hudgins | ☑ Attorney for Plaintiff/Petitioner <br> ☐ Pro Se Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: _____ |
| **Address:** 870 W. I-30 <br> **Telephone:** (214) 528-6060 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Garland, Tx 75043 <br> **Fax:** (214) 528-0712 | **Defendant(s)/Respondent(s):** <br> Eduardo Hadley, et al | **Custodial Parent:** <br> _____ <br> **Non-Custodial Parent** |
| **Signature** <br> **State Bar No:** 00797633 | *[Attach additional page as necessary to list all parties]* | **Presumed Father:** |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract: <br> *Foreclosure* <br> ☐ Home Equity—Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional Liability: <br><br> ☑ Motor Vehicle Accident <br> ☐ Premises <br> *Product Liability* <br> ☐ Asbestos/Silica <br> ☐ Other Product Liability List Product: <br><br> ☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: <br><br> **Related to Criminal Matters** <br> ☐ Expunction <br> ☐ Judgment Nisi <br> ☐ Non-Disclosure <br> ☐ Seizure/Forfeiture <br> ☐ Writ of Habeas Corpus— Pre-indictment <br> ☐ Other: | ☐ Annulment <br> ☐ Declare Marriage Void <br> *Divorce* <br> ☐ With Children <br> ☐ No Children <br><br> **Other Family Law** <br> ☐ Enforce Foreign Judgment <br> ☐ Habeas Corpus <br> ☐ Name Change <br> ☐ Protective Order <br> ☐ Removal of Disabilities of Minority <br> ☐ Other: | ☐ Enforcement <br> ☐ Modification—Custody <br> ☐ Modification—Other <br> **Title IV-D** <br> ☐ Enforcement/Modification <br> ☐ Paternity <br> ☐ Reciprocals (UIFSA) <br> ☐ Support Order <br><br> **Parent-Child Relationship** <br> ☐ Adoption/Adoption with Termination <br> ☐ Child Protection <br> ☐ Child Support <br> ☐ Custody or Visitation <br> ☐ Gestational Parenting <br> ☐ Grandparent Access <br> ☐ Parentage/Paternity <br> ☐ Termination of Parental Rights <br> ☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Workers' Compensation <br> ☐ Other Employment: | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair Competition <br> ☐ Code Violations <br> ☐ Foreign Judgment <br> ☐ Intellectual Property | ☐ Lawyer Discipline <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortious Interference <br> ☐ Other: | | |
| **Tax** | ***Probate & Mental Health*** | | | |
| ☐ Tax Appraisal <br> ☐ Tax Delinquency <br> ☐ Other Tax | *Probate/Wills/Intestate Administration* <br> ☐ Dependent Administration <br> ☐ Independent Administration <br> ☐ Other Estate Proceedings | ☐ Guardianship—Adult <br> ☐ Guardianship—Minor <br> ☐ Mental Health <br> ☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br> ☐ Arbitration-related <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari <br> ☐ Class Action | ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader <br> ☐ License <br> ☐ Mandamus <br> ☐ Post-judgment | ☐ Prejudgment Remedy <br> ☐ Protective Order <br> ☐ Receiver <br> ☐ Sequestration <br> ☐ Temporary Restraining Order/Injunction <br> ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

FILED
2/15/2017 11:49:03 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Cause No. _____

CC-17-00786-A

| | | |
|---|---|---|
| WHITNEY HUDGINS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. _____. |
| | § | |
| EDUARDO HADLEY, RAIMONDA | § | |
| MARKEVICIENE, Z TRANS, INC. and | § | |
| MIDAMERICA ENTERPRISES, INC. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

NOW COMES Plaintiff Whitney Hudgins, complaining of Defendants Eduardo Hadley, Raimonda Markeviciene, Z Trans, Inc. and MidAmerica Enterprises, Inc., and for causes of action would respectfully show the Court as follows:

### DISCOVERY LEVEL

1.    Plaintiff affirmatively pleads that she seek monetary relief over $200,000 but not more than $1,000,000. Discovery is to be conducted under Level 3, Tex. R. Civ. P. 190.4.

### PARTIES

2.    Plaintiff is an individual residents of Dallas County, Texas.

3.    Defendant Eduardo Hadley is an individual resident of Hazel Crest, Illinois, who resides at 3117 Shagbark Ln., Hazel Crest, Illinois 60429, and may be served with process through Ted Houghton, Chair of the Texas Transportation Commission, at 125 E. 11th St., Austin, Texas 78701-2483.

4.    Defendant Raimonda Markeviciene is an individual resident of Hindsdale, Illinois, who resides at 5602 S. Childs Ave., Hindsdale, Illinois 60521, and may be served with process through Ted Houghton, Chair of the Texas Transportation Commission, at 125 E. 11th St., Austin, Texas 78701-2483.

Plaintiff's Original Petition and Request for Disclosure - Page 1

DEFS 005

5.      Defendant Z Trans, Inc. is an Illinois Corporation, whose registered agent is Zbigniew Pierwola located at 16200 Ridgewood Dr., Homer Glen, Illinois  60491, and may be served with citation through the Texas Secretary of State, John Steen, James E. Rudder Building, 1019 Brazos, Rm. 220, Austin, Texas  78701.

6.      Defendant MidAmerica Enterprises, Inc., is an Illinois Corporation, whose registered agent is Ramonda Markeviciene located at 5602 Childs Ave., Hindsdale, Illinois  60521, and may be served with citation through the Texas Secretary of State, John Steen, James E. Rudder Building, 1019 Brazos, Rm. 220, Austin, Texas  78701.

7.      Defendant Eduardo Hadley, as named in this petition is intended by Plaintiff to indicate the operator of the vehicle involved in the motor vehicle collision with Plaintiff on or about April 7, 2015 in Dallas County, Texas.

## VENUE

8.      Venue is proper in Dallas County, Texas; all or part of Plaintiff's cause of action arose here.

## JURISDICTION

9.      Plaintiff seeks damages within the jurisdictional minimum of this Court.

## FACTS

10.     On or about April 7, 2015, Plaintiff Whitney Hudgins was traveling southbound on I-35 in Dallas, Dallas, Dallas County, Texas. Defendant Eduardo Hadley, operating a motor vehicle in the course and scope of his employment with Defendants Raimonda Markeviciene, Z Trans, Inc. and MidAmerica Enterprises, Inc., also traveling southbound on I-35, attempted to change lanes into Plaintiffs lane of travel and struck Plaintiffs' vehicle, damaging Plaintiff's vehicle and inflicting injury upon Plaintiff. The collision and injuries to Plaintiff were proximately caused by the negligence of Defendant Eduardo Hadley and Defendants Raimonda Markevivicnc, Z Trans, Inc. and MidAmerica Enterprises, Inc., through their agent, servant, or employee, Defendant Eduardo Hadley in the following respects:

Plaintiff's Original Petition and Request for Disclosure - Page 2

DEFS 006

(a)     Failure to keep a proper lookout;

(b)     Failure to maintain proper control of the vehicle;

(c)     Failure to sufficiently or properly apply brakes;

(d)     Failure to take proper evasive action to avoid a collision;

(e)     Failure to maintain an assured clear distance between the vehicles;

(f)     Traveling at a rate of speed that was excessive under the circumstances and conditions prevailing at the time of the collision; and

(g)     Driver inattention.

## DAMAGES

11.     As the result of Defendants' negligence, Plaintiff suffered injuries. As the result of Defendants' negligence, Plaintiff has suffered lost wages, pain, suffering, mental anguish, physical impairment, and a diminished capacity to pursue normal activities. Plaintiff's pain and suffering has continued since the date of the collision and will, in all probability, continue into the future.

12.     Plaintiff received reasonable and necessary medical treatment and health care for the injuries suffered in the collision and will likely continue to receive treatment in the future. As the result of Defendants' negligence, Plaintiff has incurred fair, reasonable, usual, and customary medical and health-care expenses for that treatment, and will likely incur additional medical expenses in the future.

13.     The collision caused damage to Plaintiff's vehicle. Plaintiff thus seeks to recover damages for the loss of use of such vehicle and, alternatively, the difference in the market value of the vehicle immediately before and immediately after the collision or the reasonable cost to restore the vehicle to the condition it was in immediately before the collision.

## PLAINTIFF'S REQUEST FOR DISCLOSURE

Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2 (a - l).

Plaintiff's Original Petition and Request for Disclosure - Page 3

DEFS 007

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be duly cited to appear and answer herein and that, upon final trial hereof, Plaintiff recovers judgment against Defendants for her damages as set forth above; pre-judgment and post-judgment interest; costs of Court; and such other and further relief to which Plaintiff may be justly entitled, whether at law or in equity.

Respectfully submitted,

BEST, WATSON & GILBERT, P.C.
870 W. I-30, Suite 100
Garland, Texas 75043

(214) 528-6060
(214) 528-0712 [Telecopier]

By: _____
James P. Best
State Bar No. 02263950

ATTORNEYS FOR PLAINTIFF

Plaintiff's Original Petition and Request for Disclosure - Page 4

DEFS 008

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

**EDUARDO HADLEY**
**SERVE THROUGH TED HOUGHTON, CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E 11TH ST**
**AUSTIN TX 78701-2483**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETIITON AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you."  Your answer should be addressed to the clerk of  County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

**VS.**

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

WITNESS:  JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_ , Deputy
Guisla Hernandez





CC – 17 – 00786 – A
CICI
ISSUE CITATION
1303818

---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETIITON**
**AND REQUEST FOR DISCLOSURE**

**CC-17-00786-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**EDUARDO HADLEY**
**SERVE THROUGH TED HOUGHTON**
**CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E11TH ST**
**AUSTIN TX  78701-2483**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX 75043
214-528-6060

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-17-00786-A  County Court at Law No. 1

WHITNEY HUDGINS vs. EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC..et al

**ADDRESS FOR SERVICE:**
SERVE THROUGH TE HOUGHTON CHAIR OF THE TEXAS TRANSPORTATION COMMISSION
125 E11TH ST
AUSTIN TX  78701-2483

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to EDUARDO HADLEY in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETIITON AND REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy        $_____        _____, Officer

Total    $_____        _____, County, Texas

By:_____, Deputy

_____, Affiant

DEFS 010

# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

**RAIMONDA MARKEVICIENE**
**SERVE THROUGH TED HOUGHTON, CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E 11TH ST**
**AUSTIN TX 78701-2483**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETIITON AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

**VS.**

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA**
**ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_ , Deputy
Guisla Hernandez





CC-17-00786-A
CICI
ISSUE CITATION
1363610

---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETIITON**
**AND REQUEST FOR DISCLOSURE**

### CC-17-00786-A

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**RAIMONDA MARKEVICIENE**
**SERVE THROUGH TED HOUGHTON**
**CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E11TH ST**
**AUSTIN TX 78701-2483**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX 75043
214-528-6060

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-17-00786-A   County Court at Law No. 1

WHITNEY HUDGINS vs. EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC..et al

**ADDRESS FOR SERVICE:**
SERVE THROUGH TE HOUGHTON CHAIR OF THE TEXAS TRANSPORTATION COMMISSION
125 E11TH ST
AUSTIN TX 78701-2483

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to
RAIMONDA MARKEVICIENE in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETIITON AND
REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy     $_____     _____, Officer

Total    $_____                _____, County, Texas

By:_____, Deputy

_____, Affiant

# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

Z TRANS, INC..
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

"You have been sued. You may employ an attorney.
If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### WHITNEY HUDGINS
*Plaintiff(s)*

### VS.

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

WITNESS: JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
Guisla Hernandez





CC – 17 – 00786 – A
CICI
ISSUE CITATION
1363022

---

| ATTORNEY |
|---|
| CITATION |
| **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** |
| CC-17-00786-A |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

**VS.**

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

---

SERVE:

Z TRANS, INC..
SERVE THROGH SECRETARY OF STATE
STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

ISSUED THIS
23RD DAY OF FEBRUARY, 2017

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

---

Attorney for Plaintiff

PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX 75043
214-528-6060

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

DEFS 013

## OFFICER'S RETURN

CC-17-00786-A   County Court at Law No. 1

WHITNEY HUDGINS vs. EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC..et al

**ADDRESS FOR SERVICE:**
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

**Fees:**

Came to hand on the ____day of _____, 20_____, at ____o'clock ____.m., and executed in _____ County, Texas by delivering to MIDAMERICA ENTERPRISES, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

Name                              Date/Time                    Place, Course and Distance from Courthouse

_____

_____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy        $_____        _____, Officer

Total    $_____                _____, County, Texas

By:_____, Deputy

_____, Affiant

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

MIDAMERICA ENTERPRISES, INC.
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

MIDAMERICA ENTERPRISES, INC.
5602 CHILDS AVE.
HINDSDALE, IL 60521

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

**VS.**

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS:** JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
Guisla Hernandez



CC-17-00786-A
CICI
ISSUE CITATION
1363020

---

<table>
<tr><td colspan="2" align="center"><strong>ATTORNEY</strong></td></tr>
</table>

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**
**AND REQUEST FOR DISCLOSURE**

**CC-17-00786-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

**VS.**

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**MIDAMERICA ENTERPRISES, INC.**
**SERVE THROGH SECRETARY OF**
**STATE STATE OF TEXAS**
**1019 BRAZOS RM 220**
**AUSTIN TX 78701**

**MIDAMERICA ENTERPRISES, INC.**
**5602 CHILDS AVE.**
**HINDSDALE, IL 60521**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

**PATRICK R WATSON**
**870 W I-30**
**SUITE 100**
**GARLAND TX 75043**
**214-528-6060**

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK
DEFS 015

# OFFICER'S RETURN

CC-17-00786-A    County Court at Law No. 1

WHITNEY HUDGINS vs. EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC..et al

**ADDRESS FOR SERVICE:**
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
· AUSTIN TX 78701

MIDAMERICA ENTERPRISES, INC.
5602 CHILDS AVE.
HINDSDALE, IL 60521

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to MIDAMERICA ENTERPRISES, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy    $_____    _____, Officer

Total    $_____    _____, County, Texas

By: _____, Deputy

_____, Affiant

DEFS 016

FILED
2/28/2017 3:45:22 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

Z TRANS, INC..
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

"You have been sued   You may employ an attorney.
If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a
default judgment may be taken against you."  Your answer should be addressed to the clerk of  County Court at Law No. 1 of Dallas County, Texas at
the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

WHITNEY HUDGINS
*Plaintiff(s)*

**vs.**

EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND
AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk



By _Guisla Hernandez_, Deputy
Guisla Hernandez

---

## ATTORNEY

### CITATION
**PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE**

CC-17-00786-A

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

---

**SERVE:**

Z TRANS, INC..
SERVE THROGH SECRETARY OF STATE
STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

ISSUED THIS
23RD DAY OF FEBRUARY, 2017

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX  75043
214-528-6060

DEFS 017

## RETURN OF SERVICE

### Cause No. CC-17-00786-A

In The County Court at Law No. 1 of
Dallas County, Texas

WHITNEY HUDGINS
     Plaintiff

V.

EDUARDO HADLEY,
et al
     Defendant

Came to hand on February 24, 2017, at 08:00 AM.

Executed at 1019 Brazos Street, 1st Floor, Austin, TX 78701, within the County of Travis at 10:21 AM on February 24, 2017, by delivering to the within named:

### Z TRANS, INC.

**by delivering to THE TEXAS SECRETARY OF STATE, by and through its designated agent, LIZ CORDELL, true duplicate copies of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon both copies of such process the date of delivery, and tendering the $55 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the abovereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the abovereferenced cause.

By: _____
       Jeff Keyton
      SCH-735, Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS   §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
     Given under my hand and seal of office this February 24, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-025078/Hudgins

FILED
2/28/2017 3:47:54 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
# CITATION
### CAUSE NO. CC-17-00786-A
### COUNTY COURT AT LAW NO. 1
### Dallas County, Texas

**TO:**

MIDAMERICA ENTERPRISES, INC.
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX 78701

MIDAMERICA ENTERPRISES, INC.
5602 CHILDS AVE.
HINSDALE, IL 60521

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

**VS.**

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_, Deputy
Guisla Hernandez



**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**
**AND REQUEST FOR DISCLOSURE**

**CC-17-00786-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**MIDAMERICA ENTERPRISES, INC.**
**SERVE THROGH SECRETARY OF**
**STATE STATE OF TEXAS**
**1019 BRAZOS RM 220**
**AUSTIN TX 78701**

**MIDAMERICA ENTERPRISES, INC.**
**5602 CHILDS AVE.**
**HINSDALE, IL 60521**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

**Attorney for Plaintiff**
**PATRICK R WATSON**
**870 W I-30**
**SUITE 100**
**GARLAND TX 75043**
**214-528-6060**

DEFS 019

# RETURN OF SERVICE

### Cause No. CC-17-00786-A

In The County Court at Law No. 1 of
Dallas County, Texas

WHITNEY HUDGINS
     Plaintiff

V.

EDUARDO HADLEY,
et al
     Defendant

Came to hand on February 24, 2017, at 08:00 AM.

Executed at 1019 Brazos Street, 1st Floor, Austin, TX 78701, within the County of Travis at 10:21 AM on February 24, 2017, by delivering to the within named:

### MIDAMERICA ENTERPRISES, INC.

**by delivering to THE TEXAS SECRETARY OF STATE, by and through its designated agent, LIZ CORDELL, true duplicate copies of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon both copies of such process the date of delivery, and tendering the $55 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the aboverefenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the aboverefenced cause.

By: _____

Jeff Keyton
SCH 735, Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this February 24, 2017.

NOTARY PUBLIC, STATE OF TEXAS

17-025077/Hudgins

DEFS 020

FILED
2/28/2017 3:51:04 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

**RAIMONDA MARKEVICIENE**
**SERVE THROUGH TED HOUGHTON, CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E 11TH ST**
**AUSTIN TX 78701-2483**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

VS.

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA**
**ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

WITNESS:   JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas.   GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_ , Deputy
  Guisla Hernandez



---

## ATTORNEY

### CITATION
**PLAINTIFF'S ORIGINAL PETITON**
**AND REQUEST FOR DISCLOSURE**

### CC-17-00786-A

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**RAIMONDA MARKEVICIENE**
**SERVE THROUGH TED HOUGHTON**
**CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E11TH ST**
**AUSTIN TX 78701-2483**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX 75043
214-528-6060

## RETURN OF SERVICE

### Cause No. CC-17-00786-A

In The County Court at Law No. 1 of
Dallas County, Texas

WHITNEY HUDGINS
     Plaintiff

V.

EDUARDO HADLEY,
et al
     Defendant

Came to hand on February 24, 2017, at 08:00 AM.

Executed at 125 E. 11th Street, 6th Floor, Austin, TX 78701, within the County of Travis at 10:26 AM on February 24, 2017, by delivering to the within named:

### RAIMONDA MARKEVICIENE,

**by delivering to the Chair of the Texas Transportation Commission, by and through the Texas Department of Transportation's Office of General Counsel, by delivering to its designated agent, NOVI CAMPBELL, a true copy of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon such copy of such process the date of delivery, and tendering the $25 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath: I am not less than 18 years of age, I am not a party to the abovereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the abovereferenced cause.

By: _____

    Jeff Keyton SCH-735,
    Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS     §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this February 24, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-025076/Hudgins

**FILED**
2/28/2017 3:53:17 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

Z TRANS, INC.,
SERVE THROGH SECRETARY OF STATE STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX  78701

Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491

"You have been sued  You may employ an attorney.
If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you."  Your answer should be addressed to the clerk of  County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

WHITNEY HUDGINS
*Plaintiff(s)*

vs.

EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez* , Deputy
Guisla Hernandez



---

### ATTORNEY
**CITATION
PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE**

**CC-17-00786-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

WHITNEY HUDGINS, *Plaintiff(s)*

VS.

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

---

**SERVE:**

**Z TRANS, INC.,
SERVE THROGH SECRETARY OF STATE
STATE OF TEXAS
1019 BRAZOS RM 220
AUSTIN TX  78701**

**Z TRANS, INC.
16200 RIDGEWOOD DR.
HOMER GLEN, IL 60491**

**ISSUED THIS
23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

---

Attorney for Plaintiff

**PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX  75043
214-528-6060**

DEFS 023

## RETURN OF SERVICE

### Cause No. CC-17-00786-A

In The County Court at Law No. 1 of
Dallas County, Texas

WHITNEY HUDGINS
     Plaintiff

V.

EDUARDO HADLEY,
et al

     Defendant

Came to hand on February 24, 2017, at 08:00 AM.

Executed at 1019 Brazos Street, 1st Floor, Austin, TX 78701, within the County of Travis at 10:21 AM on February 24, 2017, by delivering to the within named:

### Z TRANS, INC.

**by delivering to THE TEXAS SECRETARY OF STATE, by and through its designated agent, LIZ CORDELL, true duplicate copies of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon both copies of such process the date of delivery, and tendering the $55 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the abovereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the abovereferenced cause.

By: _____
     Jeff Keyton
     SCH-735, Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS     §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
     Given under my hand and seal of office this February 24, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-025078/Hudgins

FILED
2/28/2017 4:17:45 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-17-00786-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

**TO:**

**EDUARDO HADLEY**
**SERVE THROUGH TED HOUGHTON, CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E 11TH ST**
**AUSTIN TX 78701-2483**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WHITNEY HUDGINS**
*Plaintiff(s)*

**VS.**

**EDUARDO HADLEY; RAIMONDA MARKEVICIENE; Z TRANS, INC.; MIDAMERICA ENTERPRISES, INC.**
*Defendant(s)*

filed in said Court on the 15th day of February, 2017a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 23rd day of February, 2017 A.D.

JOHN F. WARREN, Dallas County Clerk



By _Guisla Hernandez_, Deputy
Guisla Hernandez

---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITON**
**AND REQUEST FOR DISCLOSURE**

**CC-17-00786-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
**Dallas County, Texas**

WHITNEY HUDGINS, *Plaintiff(s)*

**VS.**

EDUARDO HADLEY; RAIMONDA
MARKEVICIENE; Z TRANS, INC.;
MIDAMERICA ENTERPRISES, INC.,
*Defendant(s)*

**SERVE:**
**EDUARDO HADLEY**
**SERVE THROUGH TED HOUGHTON**
**CHAIR OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**125 E11TH ST**
**AUSTIN TX 78701-2483**

**ISSUED THIS**
**23RD DAY OF FEBRUARY, 2017**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
**PATRICK R WATSON**
**870 W I-30**
**SUITE 100**
**GARLAND TX 75043**
**214-528-6060**

## RETURN OF SERVICE

### Cause No. CC-17-00786-A

In The County Court at Law No. 1 of
Dallas County, Texas

WHITNEY HUDGINS
    Plaintiff
V.

EDUARDO HADLEY,
et al
    Defendant

Came to hand on February 24, 2017, at 08:00 AM.

Executed at 125 E. 11th Street, 6th Floor, Austin, TX 78701, within the County of Travis at 10:26 AM on February 24, 2017, by delivering to the within named:

### EDUARDO HADLEY,

**by delivering to the Chair of the Texas Transportation Commission, by and through the Texas Department of Transportation's Office of General Counsel, by delivering to its designated agent, NOVI CAMPBELL, a true copy of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon such copy of such process the date of delivery, and tendering the $25 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the aboverereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the aboverereferenced cause.

By: _____
    Jeff Keyton SCH-735,
    Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this February 24, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-025075/Hudgins

FILED
3/17/2017 9:45:14 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-17-00786-A

| | | |
|---|---|---|
| WHITNEY HUDGINS, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NUMBER 1 |
| EDUARDO HADLEY, | § | |
| RAIMONDA MARKEVICIENE, | § | |
| Z TRANS, INC. and | § | |
| MIDAMERICA ENTERPRISES, INC., | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## DEFENDANTS EDUARDO HADLEY AND MIDAMERICA ENTERPRISES' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants **EDUARDO HADLEY and MIDAMERICA ENTERPRISES, INC.** named in the above entitled and numbered cause and file this their Original Answer in response to Plaintiff's Original Petition, and in support thereof would respectfully show unto the Court and jury as follows:

### I.

### GENERAL DENIAL

Defendants generally deny the material allegations contained in Plaintiff's Original Petition and say that, since the Plaintiff has made such allegations, she should be required to prove them by a preponderance of the evidence as required by law, if she is able to do so.

### II.

### REQUEST FOR JURY TRIAL

Defendants pray that all issues of fact be submitted to a jury pursuant to Rule 216 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Plaintiff have and recover nothing of the Defendants and that, on trial hereof, the Defendants be discharged with

DEFENDANTS' ORIGINAL ANSWER – PAGE 1 OF 2
10211187

DEFS 027

their costs herein, and for such other and further relief, both at law and in equity, both general and special, to which they may show themselves to be justly and equitably entitled.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: _____ */s/Mark J. Dyer* _____
MARK J. DYER
State Bar No. 06317500
ALAN MOORE
State Bar No. 14320075
16000 North Dallas Pkwy.
Suite 800
Dallas, Texas 75248
(214) 420-5500
(214) 420-5501 (telecopier)
dyer@mdjwlaw.com
amoore@mdjwlaw.com

ATTORNEYS FOR DEFENDANTS
EDUARDO HADLEY AND
MIDAMERICA ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure, on this the 17th day of March, 2017.

James P. Best
BEST, WATSON & GILBERT, P.C.
870 W. I-30; Suite 100
Garland, Texas 75043

_____ */s/Alan Moore* _____
ALAN MOORE

DEFS 028

FILED
3/21/2017 10:00:40 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-17-00786-A

| | | |
|---|---|---|
| WHITNEY HUDGINS, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NUMBER 1 |
| EDUARDO HADLEY, | § | |
| RAIMONDA MARKEVICIENE, | § | |
| Z TRANS, INC. and | § | |
| MIDAMERICA ENTERPRISES, INC., | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## DEFENDANTS RAIMONDA MARKEVICIENE AND Z TRANS, INC.'S
## SPECIAL APPEARANCE AND ORIGINAL ANSWER FILED SUBJECT THERETO

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **RAIMONDA MARKEVICIENE and Z TRANS, INC.** (hereinafter "Defendants") in the above-entitled and numbered cause, and file this their Special Appearance asking the Court to sustain their Special Appearance and in support thereof, respectfully show unto the Court as follows:

### I.

### BACKGROUND

Plaintiff is an individual resident of Dallas County, Texas. Plaintiff has sued these Defendants arising out of a motor vehicle accident and has asserted claims for negligence arising out of the accident. However, these Defendants are not residents of the State of Texas and have had no purposeful contacts in this State.

### II.

### ARGUMENT AND AUTHORITIES

Texas courts do not have jurisdiction over a nonresident defendant unless the nonresident defendant has purposefully established "minimum contacts" with Texas and the court's exercise of jurisdiction over defendant comports with "fair play and substantial justice." *Burger King*

DEFS 029

*Corp. v. Rudzewicz*, 471 U.S. 462, 474-76 (1985); *Moki Mac River Expeditions v. Drugg*, 221 S.W.3d 569, 575 (Tex. 2007); *BMC Software Belgium, N.V. v. Marchand*, 83 S.W.3d 789, 795 (Tex. 2002); *Guardian Royal Exch. Assurance, Ltd. v. English China Clays, P.L.C.*, 815 S.W.2d 223, 226 (Tex. 1991).

### A.   No Minimum Contacts

Texas courts must determine whether the nonresident defendant has purposefully established minimum contacts with Texas. *Moki Mac*, 221 S.W.3d at 575-76; *CSR Ltd. v. Link*, 925 S.W.2d 591, 596 (Tex. 1996); *Guardian Royal*, 815 S.W.2d at 226.  To prove it had no minimum contacts with Texas, the defendant must show that (1) it did not purposefully avail itself of the privilege of conducting activities within Texas, and (2) any contacts it may have had with Texas do not give rise to specific or general jurisdiction.  *See Moki Mac*, 221 S.W.3d at 575-76; *Commonwealth Gen. Corp. v. York*, 177 S.W.3d 923, 925 (Tex. 2005); *BMC Software*, 83 S.W.3d at 795.

To establish purposeful availment, the defendant's acts must be purposeful rather than random, isolated, or fortuitous, and the defendant must have sought some benefit, advantage, or profit in availing itself of Texas jurisdiction.  *IRA Res., Inc. v. Griego*, 221 S.W.3d 592, 596 (Tex. 2007); *Moki Mac*, 221 S.W.3d at 575; *Michiana Easy Livin' Country, Inc. v. Holten*, 168 S.W.3d 777, 785 (Tex. 2005).  Specifically, Defendants herein did not purposefully avail themselves of the privilege of conducting activities within Texas because of the reasons set forth below.

### B.   No specific jurisdiction.

Texas courts cannot exercise specific jurisdiction over a nonresident defendant unless the plaintiff's litigation results from injuries that are alleged to arise from or relate to the defendant's contacts with Texas. *Moki Mac*, 221 S.W.3d at 575; *Schlobohm v. Schapiro*, 784 S.W.2d 355,

358 (Tex. 1990); *see Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 &
n.8 (1984); *Michiana*, 168 S.W.3d at 78485; *BMC Software*, 83 S.W.3d at 79596. The
defendant's acts must have a substantial connection with the operative facts of the litigation.
*Moki Mac*, 221 S.W.3d at 585. Texas courts do not have specific jurisdiction over the
Defendants because Plaintiff's causes of action do not arise from or relate to Defendants'
contacts with Texas. Defendants do not have any offices in Texas. Defendants do not joint
venture and/or partner with any Texas company and/or resident and do not have a distributor in
Texas. Defendants do not market specifically to Texas residents and/or companies. Defendants
had no contact with Plaintiff and did not contract with any entity in Texas. Defendants did not
perform any acts pertaining to the incident in Texas.

### C. *No general jurisdiction.*

Texas courts cannot exercise general jurisdiction over a nonresident defendant unless the
defendant has continuous and systematic contacts with Texas. *PHC-Minden, L.P. v. Kimberly-
Clark Corp.*, 235 S.W.3d 163, 169 (Tex. 2007); *Moki Mac*, 221 S.W.3d at 575; *BMC Software*,
83 S.W.3d at 796; *Guardian Royal*, 815 S.W.2d at 230; *see Helicopteros Nacionales de
Colombia, S.A. v. Hall*, 466 U.S. 408, 415-16 (1984). Texas courts do not have general
jurisdiction over Defendants because Defendants have not had continuous or systematic contacts
with Texas. Defendants have no place of business in Texas. Defendants do not joint venture
and/or partner with any Texas company and/or resident and do not have a distributor in Texas.
Defendants do not have any bank accounts in Texas. Defendants do not actively advertise in
Texas or to Texas residents/companies. Defendants do not own property and/or real estate in
Texas.

**D.      Fair Play & Due Process**

This Court's assumption of jurisdiction over Defendants and their property will offend traditional notions of fair play and substantial justice and will be inconsistent with the constitutional requirements of due process; therefore, the Court should decline to exercise jurisdiction over Defendants. *See International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945); *Moki Mac*, 221 S.W.3d at 575; *Guardian Royal*, 815 S.W.2d at 231; *Schlobohm v. Schapiro*, 784 S.W.2d 355, 359 (Tex. 1990). To exercise jurisdiction over these Defendants would place a great burden on the Defendants by requiring them to incur the costs and inconvenience of traveling to Texas to participate in the discovery process and trial.

**Conclusion**

Defendants do not have the minimum contacts with the State of Texas to justify a Texas court's assumption of jurisdiction. If this court assumes jurisdiction over Defendants, it will offend traditional notions of fair play and substantial justice. For these reasons, Defendants ask the court to sustain Defendants' special appearance.

**DEFENDANTS RAIMONDA MARKEVICIENE'S AND Z TRANS, INC.'S
ORIGINAL ANSWER FILED SUBJECT TO DEFENDANTS' SPECIAL APPEARANCE**

COME NOW, **RAIMONDA MARKEVICIENE and Z TRANS, INC.** (hereinafter "Defendants"), named in the above-entitled and numbered cause, and subject to Defendants' Special Appearance, file this their Original Answer in response to Plaintiff's Original Petition, and in support respectfully shows the Court and jury as follows:

**I.**

Defendants generally deny the material allegations contained in Plaintiff's Original Petition and say that since Plaintiff has made such allegations, she should be required to prove them by a preponderance of the evidence as required by law, if she is able to do so.

DEFS 032

WHEREFORE, PREMISES CONSIDERED, Defendants **RAIMONDA MARKEVICIENE and Z TRANS, INC.** pray that the Court in all things grant Defendants' Special Appearance. Subject to Defendants' Special Appearance, Defendants pray that the Plaintiff have and recover nothing of the Defendants, and that on trial hereof, Defendants be discharged with their costs herein, and for such other and further relief, both at law and in equity, both general and special, to which they may show themselves to be justly entitled.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: _____ */s/Alan Moore*_____
  **MARK J. DYER**
  State Bar No. 06317500
  **ALAN MOORE**
  State Bar No. 14320075
  16000 North Dallas Pkwy.
  Suite 800
  Dallas, Texas 75248
  (214) 420-5500
  (214) 420-5501 (telecopier)
  dyer@mdjwlaw.com
  amoore@mdjwlaw.com

**ATTORNEYS FOR DEFENDANTS
RAIMONDA MARKEVICIENE AND
Z TRANS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure, on this the 21st day of March, 2017.

James P. Best
BEST, WATSON & GILBERT, P.C.
870 W. I-30; Suite 100
Garland, Texas 75043

_____ */s/Alan Moore*_____
**ALAN MOORE**