IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WHITNEY HUDGINS,　　Plaintiff,<br><br>v.<br><br>EDUARDO HADLEY,<br>RAIMONDA MARKEVICIENE,<br>Z TRANS, INC. and<br>MIDAMERICA ENTERPRISES, INC.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 3:17-CV-0851-D<br>§<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered Plaintiff **WHITNEY HUDGINS'** and Defendants **EDUARDO HADLEY'S, RAIMONDA MARKEVICIENE'S, Z TRANS, INC.'S and MIDAMERICA ENTERPRISES, INC.'S** Joint Motion for Dismissal with Prejudice in the above-styled and numbered cause of action and the Court, being of the opinion that said Motion should be granted, it is therefore:

ORDERED, ADJUDGED and DECREED that Plaintiff **WHITNEY HUDGINS'** claims and causes of action against Defendants **EDUARDO HADLEY, RAIMONDA MARKEVICIENE, Z TRANS, INC. and MIDAMERICA ENTERPRISES, INC.** be dismissed with prejudice in their entirety, and that all costs of court are taxed to parties incurring same.

Signed this 22nd day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE